McINTIRE, *Plaintiff in Error*, v. CARR.

59  207
66  206
59  207
71  593

A writ of error will, in general, be dismissed, when the plaintiff has an ample remedy, by motion at the trial term, for the correction of the error.

WRIT OF ERROR, to reverse a judgment rendered at the trial term against the plaintiff, as trustee of one R., in the original action.

*Bingham & Mitchell*, for the plaintiff.

*Farr & Stevens*, for the defendant.

SMITH, J. According to the practice in this state, a party who is aggrieved by a judgment rendered at the trial term, may at a subsequent term move to bring the action forward, and to vacate or modify the judgment. The remedy thus afforded is simple, expeditious, inexpensive, and, in general, ample. A resort to the cumbersome process of a writ of error is seldom necessary. In this case, if the plaintiff is entitled to any relief, he can have it on a motion to bring the original action forward at the trial term; and for that reason the writ of error is

*Dismissed.*

All concurred.